IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re . . .**<br>**Criminal Complaint** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 5:26-MJ-248 (MJK)<br><br>**Unsealing Order** |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following document: Criminal Complaint filed on October 16, 2026 in 5:26-MJ-248 (MJK). The reasons provided for the sealing of such document are no longer applicable.

Accordingly, it is hereby ordered that the following document: Criminal Complaint filed on October 16, 2026 in 5:26-MJ-248 (MJK) is unsealed.

IT IS SO ORDERED.

Dated and entered this 21st day of October, 2026.

Digitally signed by Mitchell J Katz
Date: 2026.10.21 11:31:56 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge