IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:26-CR-355 (ECC) |
| **v.** | ) |
| **MARVA MARIE COOK,** | ) Violation: 18 U.S.C. § 611 [Voting by Alien] |
| **Defendant.** | ) |
| | ) 1 Count |
| | ) County of Offense: Onondaga |

**<u>INFORMATION:</u>**

**COUNT 1**
[**Voting by Alien**]

On or about November 8, 2022, in Onondaga County in the Northern District of New York, the defendant, **MARVA MARIE COOK**, an alien, fully knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a Member of the Senate and a Member of the House of Representatives, in violation of 18 U.S.C. § 611.

Dated: November 13, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Tamara Thomson*
Tamara Thomson
Assistant United States Attorney
Bar Roll No. 515310