IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v. 5:26-CR-355 (ECC)

MARVA MARIE COOK

---

WAIVER OF APPEARANCE AT ARRAIGNMENT

MARVA MARIE COOK, defendant in the above captioned matter, hereby acknowledges that she has reviewed a copy of the Information in this matter, has consulted with counsel concerning her right to a formal arraignment upon the Indictment filed in the above-captioned matter, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, and waives her right to a formal arraignment and enters a plea of not guilty to all charges contained within the Information.

DEFENDANT:

Dated: _______________ ________________________________________
MARVA MARIE COOK

DEFENDANT'S COUNSEL:

Dated: _______________ ________________________________________
Counsel for Defendant

________________________________________
Print Name - Counsel for Defendant